IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BRYANT, | : | |
| Plaintiff | : | |
| v. | : | CIVIL NO. 4:CV-15-820 |
| KAREN KASKIE, ET AL., | : | (Judge Brann) |
| Defendants | : | |

## **ORDER**

February 16, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Defendant Karen Kaskie's motion to dismiss the Amended Complaint (Doc. 14) is **GRANTED**.

2. Dismissal is entered in favor of Defendant Kaskie.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1