# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES BRYANT, | : | No.: 4:15-CV-00820 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| VINCENT MOONEY, | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 2nd day of May 2018, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Remaining Defendant Vincent Mooney's motion to dismiss the Amended Complaint (Doc. 23) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge